UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUNTER M. DEAN,<br><br>    Defendant. | Case No. 6:25-po-00007-HBK<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>(DOC. NO. 17) |

   Pending before the Court is the Government's Motion to Dismiss filed on September 2, 2025. (Doc. No. 17). Pursuant to Federal Rule of Criminal Procedure 48, the Government moves to dismiss this case (Citation Nos. 9291341, 9291340, 09910225, and 09910224) pursuant to the Deferred Prosecution Agreement filed on March 4, 2025. (Doc. No. 13, the "Agreement"). The United States is satisfied that the terms of the Agreement have been completed.

   Accordingly, it is hereby **ORDERED:**

   1.  The Government's Motion to Dismiss (Doc. No. 17) is GRANTED.

   2.  The Court dismisses Citation Nos. 9291341, 9291340, 09910225, and 09910224 without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

1

3. The Clerk is directed to CLOSE this case, VACATE Defendant's Initial Appearance scheduled for September 16, 2025 at 1:00 P.M., and provide a copy of this Order to Defendant who is not a CMECF participant.

Dated:   September 3, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE